# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES FLAGLER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-3699 (JAG) |
| U.S. ATTORNEY [for the] DISTRICT OF NEW JERSEY and U.S. ATTORNEY GENERAL, | : | **ORDER CLOSED** |
| Defendants. | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion of defendants, United States Attorney for the District of New Jersey, Christopher J. Christie, and the Attorney General of the United States, Alberto Gonzalez, to dismiss a complaint filed by plaintiff James Flagler, requesting this Court to declare the 1992 Professional and Amateur Sports Protection Act unconstitutional for violation of the Tenth Amendment of the Constitution of the United States, for lack of subject matter jurisdiction; and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 25th day of September, 2007,

ORDERED that Defendants' motion to dismiss the complaint, with prejudice, is GRANTED; and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.

1